G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
SCOTT NEWMAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT NEWMAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>PATENAUDE & FELIX, APC; and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No.:<br>1:13−CV−01418−AWI−JLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

<u>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**</u>

Plaintiff SCOTT NEWMAN, by and through his attorneys, hereby voluntarily dismisses the above-entitled case with prejudice.

                                                RESPECTFULLY SUBMITTED,
                                                **PRICE LAW GROUP APC**

DATED: November 27, 2013        By: _/s/ G. Thomas Martin, III_
                                                G. Thomas Martin, III
                                                *Attorney for Plaintiff,*
                                                *Scott Newman*