G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
SCOTT NEWMAN



**FILED**

DEC 02 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NEWMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>PATENAUDE & FELIX, APC; and DOES 1 to 10, inclusive,<br><br>        Defendants. | **Case No.:**<br>**1:13−CV−01418−AWI−JLT**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff SCOTT NEWMAN, by and through his attorneys, hereby

voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

DATED: November 27, 2013     By: */s/ G. Thomas Martin, III*

It is so Ordered.  Dated: _/2−2−/3_    G. Thomas Martin, III
                                       *Attorney for Plaintiff,*
                                       *Scott Newman*

_____
United States District Judge